**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| TYLER, DANIES P. | ) | Case Number 16-81129 |
| TYLER, DAWN M. | ) | (Chapter 13) |
| Debtors. | ) | |

# CHAPTER 13 PLAN

1. The Debtors propose to pay the Trustee appointed by this Court the following amount until all of their creditors whose claims are filed and allowed have been paid in accordance with this plan: $1,750.00 per month for approximately sixty (60) months at 100% to all creditors.

2. The Debtors propose to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

A. Tazewell County School Employees Credit Union to be paid $2,768.00 at five and a half percent (5.50%) interest secured by the 1999 Volvo S70.

B. Tazewell County School Employees Credit Union to be paid $13,000.00 at five and a half percent (5.50%) interest secured by the 2012 Volkswagon Passat and 1993 Chevrolet Truck.

C. Tazewell County School Employees Credit Union to be paid $4,036.00 at five and a half percent (5.50%) interest secured by the 2001 Jeep Grand Cherokee.

3. After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4. The Debtors shall pay the following creditors outside the plan and said payments have been provided for in the Debtors' monthly budget:

A. PNC Mortgage to be paid 100% at contract interest secured by the Mortgage for the property located at 110 St. Mark Drive, South Pekin, Illinois.

5. The Debtors propose to avoid the non-purchase money security interests held by the following creditors in their household goods and furnishings: NONE.

6. The Debtors hereby assume the following unexpired leases and executory contracts and rejects all others: NONE.

7. The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

8. The Trustee shall pay to the Debtors' attorney the sum of $3,800.00 for attorney's fees, payable as ordered by the court.

9. No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

DANIEL and DAWN TYLER

By: ***/s/ Spencer Lee Daniels***
Their Attorney

Spencer Lee Daniels, Esq.
Attorney for the Debtors
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-1400
Facsimile: (309) 673-3960
Email: danielslaw@sbcglobal.net